GEORGE E. WHITE *v.* LIZZIE A. WHITE.

May Term, 1916.

Present: MUNSON, C. J., WATSON, HASELTON, POWERS, and TAYLOR, JJ.

Opinion filed December 9, 1916.

APPEAL by the administrator of the estate of Edwin C. White from the report of commissioners in the estate of Edwin C. White, allowing the claim of Lizzie A. White. Heard on appellant's motion to dismiss the proceedings at the December Term, 1915, Lamoille County, *Fish,* J., presiding. Motion to dismiss sustained. Exception by claimant.

*V. A. Bullard, Rufus E. Brown* and *W. B. C. Stickney* for the appellant.

*F. G. Fleetwood, M. P. Maurice* and *J. W. Redmond* for the appellee.

WATSON, J. The disposition of this case is governed by the holding in *White's Admr.* v. *White,* ante p. 75, 99 Atl. 305.

*Judgment affirmed. To be certified to the probate court.*